FILED IN CHAMBERS
U.S.D.C. - Rome
MAY 07 2014
JAMES N. HATTEN, Clerk
_____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PARISHEE WILLIAMSON,
Individually and on behalf of
others similarly situated,

    Plaintiff,

v.

KAKECH LLC, d/b/a KAMALS 21 and
KAMAL BALOGUN,

    Defendants.

CIVIL ACTION

NO. 1:13-CV-3866-RLV

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan completed and filed by parties, the court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

_____

_____

_____

SO ORDERED, this 7th day of May, 2014.

_____
ROBERT L. VINING, JR.
Senior United States District Judge